IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWIN CHAVEZ, JR.,

    Plaintiff,

vs.                                  No. CIV 06-0818 DJS/LAM

DOÑA ANA COUNTY DETENTION
CENTER, as an agent of DOÑA ANA
COUNTY COMMISSIONERS, AND
JOHN DOES I-V,

    Defendants.

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on Defendants' Motion to Dismiss With Prejudice **[Doc. No. 46]**, filed September 14, 2007.  Defendants move the Court for an Order dismissing with prejudice all claims brought by Plaintiff against Defendants in this matter.  As grounds for their motion, Defendants state all claims and causes of action in this lawsuit have been fully compromised and settled.  The Court will grant Defendants' motion.

    **NOW, THEREFORE,**

    **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss With Prejudice is granted.  This action is dismissed with prejudice.

_____
**DON J. SVET**
**UNITED STATES MAGISTRATE JUDGE**